UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

INTER MERCHANT MARINE CO. LTD

    Plaintiff,

-against-

THE SUB-CHARTER-HIRE OF THE M/V INTER PRIDE, *in rem*

-and-

DALIAN SUNTIME INT'L TRANSPORTATION CO., LIMITED

    Defendants

---

14 Civ. 6464 ( ) (MAS) (DEA)

### ORDER DIRECTING CLERK TO ISSUE WARRANT FOR ARREST OF SUB-CHARTER HIRE

**WHEREAS**, on October 17, 2014, Plaintiff Inter Merchant Marine Co. Ltd. filed a Verified Complaint herein against Defendant Dalian Suntime Int'l Transportation Co., Limited for damage amounting to $1,376,547.95, and praying for the issuance of a Warrant for Arrest of sub-charter hire for the vessel M/V INTER PRIDE pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure; and

**WHEREAS** the Warrant for Arrest of Intangibles would command that the United States Marshal or other designated process server arrest any and all sub-charter-hire of the M/V INTER PRIDE; and

**WHEREAS** the Court has reviewed the Verified Complaint and the supporting Declaration and memorandum of law, and the conditions of Supplemental Rule C appears to exist, it is hereby,

**ORDERED** that a Warrant of Arrest shall issue against the sub-charter-hire of the M/V INTER PRIDE up to US$1,376,547.95; and it is further

**ORDERED** that any person claiming an interest in the property arrested pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and it is further

**ORDERED** that a copy of this Order be attached to and served with this said process of arrest; and it is further

**ORDERED** that pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure that the warrant of arrest may be served by any person not a party to this action who is not less than 18 years old, including but not limited to process servers DGR Legal or Civil Action Group, Ltd d/b/a APS International, Ltd.

~~Newark,~~ New Jersey this 22 day of October, 2014
Trenton

_____
UNITED STATES DISTRICT JUDGE

2

#33552070_v1