UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTER MERCHANT MARINE CO. LTD<br><br>Plaintiff,<br><br>-against-<br><br>THE SUB-CHARTER-HIRE OF THE M/V INTER PRIDE, *in rem*<br><br>-and-<br><br>DALIAN SUNTIME INT'L TRANSPORTATION CO., LIMITED<br><br>Defendants | 14 Civ. 6464( )(MAS)(DEA) |

## WARRANT FOR ARREST

TO:  DESIGNATED PROCESS SERVER
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

A Verified Complaint in the above-styled proceeding was filed in the United States District Court for the District of New Jersey on October 17, 2014.

Pursuant to and in accordance with Supplemental Rule C of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and you are **HEREBY ORDERED** to arrest the sub-hire to the vessel M/V INTER PRIDE.

Plaintiff shall also give notice of the arrest to all persons as required by the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

Note: Rule C(6) of the Supplemental Federal Rules of Civil Procedure provides: "(6) Claim & Answer; Interrogatories. The Claimant of property that is the subject of an action in rem shall file his claim within 10 days after the process has executed, within such additional time as may be allowed by the Court, and shall serve his answer within 20 days after the filing of the claims, the claim shall be verified on oath or solemn affirmation, and shall state the interest in the property by virtue of which the claimant demands its restitution and the right to defend the action. If the claim is made on behalf of the person entitled to possession by an agent, bailee, or attorney, it shall state that he is duly authorized to make claim. At the time of answering the complaint, the claimant shall also serve answer to any interrogatories served with the complaint.

**ORDERED** at ~~Newark~~ Trenton, New Jersey this _22nd_ day of October, 2014.

**WILLIAM T. WALSH**
CLERK, UNITED STATES DISTRICT COURT
By: Melissa Haneke, Deputy Clerk